IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTHONY HILL,

    Petitioner,

v.

AIMEE SMITH, Warden,

    Respondent.

CIVIL ACTION NO.: 6:19-cv-104

## O R D E R

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's January 10, 2020 Report and Recommendation, (doc. 6), to which Petitioner has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 6), as the opinion of the Court and **DISMISSES** Petitioner's 28 U.S.C. § 2254 Petition **WITHOUT PREJUDICE**. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 18th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA